IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01187-RBJ

ALMA RUBI CHAVEZ-TORRES,

      Plaintiff,

v.

THE CITY OF GREELEY,
GREELEY POLICE DEPARTMENT, and
ERIN GOOCH,

      Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **five-day trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **June 8, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **May 8, 2015 at 9:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 1st day of August, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge