IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01187-RBJ

ALMA RUBI CHAVEZ-TORRES,

    Plaintiff,

v.

THE CITY OF GREELEY,
GREELEY POLICE DEPARTMENT, and
ERIN GOOCH,

    Defendants.

## ORDER RE: STIPULATED MOTION TO DISMISS DEFENDANT THE GREELEY POLICE DEPARTMENT WITH PREJUDICE

THIS COMES before this Court on the parties' Stipulated Motion to Dismiss Defendant The Greeley Police Department with Prejudice and this Court, being fully apprised, hereby GRANTS same. The Greeley Police Department is dismissed with Prejudice and the case captioned is amended to reflect same.

DATED this 18th day of August, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge

2